```
 1  CLARK COUNTY SCHOOL DISTRICT
    OFFICE OF THE GENERAL COUNSEL
 2  S. SCOTT GREENBERG, ESQ.
    Nevada Bar No. 4622
 3  5100 W. Sahara Ave.
    Las Vegas, Nevada 89146
 4  (702) 799-5373
    Attorney for Defendant,
 5  CLARK COUNTY SCHOOL DISTRICT
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RANDY JONES, | CASE NO. 2:15-cv-00010-APG-GWF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada, | (First Request) |
| Defendants. | |

COMES NOW, Plaintiff and Defendant Clark County School District ("District"), by and through their attorneys of record, and hereby stipulate and agree that the District may have up to and including May 28, 2015, to respond to the complaint in this matter. The complaint was served April 28, 2015; therefore, the current response date is May 18, 2015. This is the first request for an extension to the response due date.

Counsel for the District has recently provided information to Plaintiff's counsel which may resolve the matter. This short extension of ten (10) days is being requested to allow Plaintiff's counsel time to review the information provided and so counsel may discuss the matter which may result in a resolution before a response is necessary. This request is being entered in good faith and not for reason of delay.

1     THEREFORE, the parties respectfully request the response due
2  date be extended ten (10) days up to and including May 28, 2015.
3     DATED this 4th day of May, 2015.

```
     CLARK COUNTY SCHOOL DISTRICT      NEHME-TOMALKA & ASSOC.
     Office of the General Counsel     Attorneys at Law

By:   /s/ S. Scott Greenberg        By:/s/ Doris Nehme-Tomalka
     S. SCOTT GREENBERG                Doris Nehme-Tomalka
     Nevada Bar No. 4622               Nevada Bar No. 6431
     5100 W. Sahara Ave.               2620 Regatta Drive
     Las Vegas, Nevada 89146           Suite 102
     Attorneys for Defendants          Las Vegas, NV 128
                                       Attorney for Plaintiff
```

**IT IS SO ORDERED:**

Date: May 5, 2015                    _George Foley Jr._
                                     U.S. MAGISTRATE JUDGE

-2-