**DORIS NEHME-TOMALKA, ESQ.**
Nevada Bar No. 006431
NEHME-TOMALKA & ASSOCIATES
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
(702) 240-5280
(702) 240-5380 (facsimile)
*doris@nehme-tomalka.com*

**MIRIAM E. RODRIGUEZ, ESQ.**
Nevada Bar No.: 009425
**LAW OFFICE OF MIRIAM E. RODRIGUEZ**
1771 E. Flamingo Road, Suite B-114
Las Vegas, Nevada 89119
702-733-9292
*miriam@merlawpc.com*

*Attorneys for Plaintiff RANDY JONES*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RANDY JONES, | **CASE NO. 2:15-CV-00010-APG-GWF** |
| Plaintiff, | |
| -vs- | |
| CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada, | |
| Defendant. | |

## **SUBSTITUION OF ATTORNEY FOR PLAINTIFF**

Plaintiff Randy Jones hereby substitutes

    Michael Balaban
    10726 Del Rudini Street
    Las Vegas, Nevada 89141
    702-586-2964
    702-586-3023 (fax)
    mbalaban@balaban-law.com

As attorney of record for Plaintiff, in the place and stead of

**DORIS NEHME-TOMALKA, ESQ.**
NEHME-TOMALKA & ASSOCIATES
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
(702) 240-5280
(702) 240-5380 (facsimile)
*doris@nehme-tomalka.com*

**MIRIAM E. RODRIGUEZ, ESQ.**
**LAW OFFICE OF MIRIAM E. RODRIGUEZ**
1771 E. Flamingo Road, Suite B-114
Las Vegas, Nevada 89119
702-733-9292
*miriam@merlawpc.com*

DATED: February 10, 2016

*/s/ Randy Jones*
_____
Randy Jones, Plaintiff

In consent to the above substitution.

DATED: February 10, 2016       /s/ Doris Nehme-Tomalka
_____
**DORIS NEHME-TOMALKA, ESQ.**
NEHME-TOMALKA & ASSOCIATES
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
(702) 240-5280
(702) 240-5380 (facsimile)
*doris@nehme-tomalka.com*

/s/ Miriam E. Rodriguez
_____
**MIRIAM E. RODRIGUEZ, ESQ.**
**LAW OFFICE OF MIRIAM E. RODRIGUEZ**
1771 E. Flamingo Road, Suite B-114
Las Vegas, Nevada 89119
702-733-9292
*miriam@merlawpc.com*

. . .

. . .

-2-

1  I am duly admitted to practice in this District.

2  Above Substitution accepted. I am privately retained by the Plaintiff in this action.

DATED: February 10, 2016                    */s/ Michael Balaban*

                                                                    **MICHAEL BALABAN**
                                                                    10726 Del Rudini Street
                                                                    Las Vegas, Nevada 89141
                                                                    702-586-2964
                                                                    702-586-3023 (fax)
                                                                    mbalaban@balaban-law.com

APPROVED:

Dated: February 12, 2016                    _____
                                                                    **GEORGE FOLEY, JR.**
                                                                    **United States Magistrate Judge**