```
 1  CLARK COUNTY SCHOOL DISTRICT
    OFFICE OF THE GENERAL COUNSEL
 2  S. SCOTT GREENBERG, ESQ.
    Nevada Bar No. 4622
 3  5100 W. Sahara Ave.
    Las Vegas, Nevada 89146
 4  (702) 799-5373
    Attorneys for Defendant,
 5  CLARK COUNTY SCHOOL DISTRICT
```

 6                  **UNITED STATES DISTRICT COURT**

 7                        **DISTRICT OF NEVADA**

 8

```
 9  RANDY JONES,
                                         Case No.:
10              Plaintiff,               2:15-cv-00010-APG(GWF)

11  v.                                   STIPULATION AND ORDER TO DISMISS
                                         PLAINTIFF'S SECOND CAUSE OF
12  CLARK COUNTY SCHOOL DISTRICT,        ACTION
    a political subdivision of
13  the State of Nevada,

14              Defendants.
```

15

16

17     COME NOW, the parties, by and through their attorneys of
18  record, and hereby stipulate and agree to the dismissal of
19  Plaintiff's Second Cause of Action in his amended complaint
20  asserting violations of the Family and Medical Leave Act of 1993,
21  29 U.S.C. Section 2601, *et seq.* ("FMLA"). The parties agree to the
22  dismissal of the Second Cause of Action with prejudice.
23     THEREFORE, the parties respectfully request that the Court
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

1 dismiss the Second Cause of Action which asserts violations of the
2 FMLA. This stipulation shall not affect Plaintiff's First Cause of
3 Action.
4     Dated this 29th day of June, 2016.

6     CLARK COUNTY SCHOOL DISTRICT     LAW OFFICES OF MICHAEL P.
    Office of the General Counsel     BALABAN

8 By:  /s/ S. Scott Greenberg     By:/s/ Michael Balaban
    S. SCOTT GREENBERG     MICHAEL BALABAN
9     Nevada Bar No. 4622     Nevada Bar No. 9370
    5100 W. Sahara Ave.     10726 Del Rudini Street
10     Las Vegas, Nevada 89146     Las Vegas, NV 89141
    Attorneys for Defendant     (702) 586-2964
11     Attorney for Plaintiff

**IT IS SO ORDERED:**

Date: June 30, 2016

_____
U.S. DISTRICT COURT JUDGE

- 2 -