Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RANDY JONES,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY, a political subdivision, and municipality including its department, CLARK COUNTY SCHOOL DISTRICT,<br><br>Defendant. | CASE NO. 2:15-cv-00010-APG-GWF<br><br>STIPULATION AND ORDER CONTINUING THE DATE THAT PLAINTIFF MUST FILE THEIR RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [LR 6-1; LR 6-2]<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsels of record pursuant to LR 6-1 and LR 6-2 that Plaintiff's opposition to Defendant Clark County School District's motion for summary judgment filed on July 11, 2016, for which the opposition is currently due on August 4, 2016, will be continued to August 19, 2016.

Said continuance is being stipulated to, to give Plaintiff an adequate opportunity to respond to said motion given the other matters Plaintiff's counsel is involved in including responses to discovery due on July 27th, initial disclosures due on July 29th and an arbitration which will take

1

place on August 3rd, a day before the current due date.  No previous continuances or extensions have been requested or granted as to the filing of Plaintiff's response to Defendant's motion for summary judgment.

| LAW OFFICES OF MICHAEL P. BALABAN | CLARK COUNTY SCHOOL DISTRICT |
|---|---|
| /s/ Michael P. Balaban, Esq.<br>Michael P. Balaban, Esq.<br>10726 Del Rudini Street<br>Las Vegas, NV  89141<br>Attorney for Plaintiff | /s/ S. Scott Greenberg, Esq.<br>S. Scott Greenberg, Esq.<br>5100 W. Sahara Avenue<br>Las Vegas, NV 89146<br>Attorney for Defendant |
| Dated:  July 26, 2016 | Dated:  July 26, 2016 |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated:  July 28, 2016.

2