Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RANDY JONES, | CASE NO. 2:15-cv-00010-APG-GWF |
| Plaintiff, | STIPULATION AND ORDER CONTINUING DATE THE PARTIES MUST SUBMIT THEIR JOINT PRETRIAL ORDER [LR 6-1; LR 6-2] |
| vs. | (First Request) |
| CLARK COUNTY, a political subdivision, and municipality including its department, CLARK COUNTY SCHOOL DISTRICT, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsels of record pursuant to LR 6-1 and LR 6-2 that the time for which the parties must file their joint pretrial order be continued until May 16, 2017.

The joint pretrial order was due 30 days after the Court's Order Denying Defendant's Motion for Summary Judgment which occurred on March 17, 2017 (making the due date for the joint pretrial order April 16, 2017).  Unfortunately because of other matters both counsels have had to tend to in other cases, they have been unable to complete the joint pretrial order.

1

Thus the parties believe there is good cause for the extension.

This is the first request to continue the date the joint pretrial order must be filed by and is being done in good faith and not for purposes of delay.

| | |
|---|---|
| LAW OFFICES OF MICHAEL P. BALABAN | CLARK COUNTY SCHOOL DISTRICT |
| /s/ Michael P. Balaban<br>Michael P. Balaban, Esq.<br>10726 Del Rudini St.<br>Las Vegas, NV  89141<br>Attorney for Plaintiff | /s/ S. Scott Greenberg<br>S. Scott Greenberg, Esq.<br>5100 W. Sahara Avenue<br>Las Vegas, NV  89146<br>Attorney for Defendant |
| Dated: April 7, 2017 | Dated: April 7, 2017 |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 4/10/2017